# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark Joseph Kosek aka Mark J. Kosek aka Mark Kosek<br>Carol Lyn Kosek aka Carol Lynn Kosek aka Carol L. Kosek aka Carol Kosek<br>Debtor(s) | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns<br>Movant<br>vs. | NO. 21-02442 MJC |
| Mark Joseph Kosek aka Mark J. Kosek aka Mark Kosek<br>Carol Lyn Kosek aka Carol Lynn Kosek aka Carol L. Kosek aka Carol Kosek<br>Debtor(s) | 11 U.S.C. Section 362 |
| Jack N. Zaharopoulos<br>Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on September 21, 2022, document number 46..

Respectfully submitted,

/s/ Denise Carlon, Esq.
_____

Denise Carlon, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322

Dated: 10/17/2022